In re the MARRIAGE OF Hildon C. FRANCIS and Edna A. Francis.

Hildon C. FRANCIS,
Petitioner/Appellant,

v.

Edna A. FRANCIS,
Respondent/Respondent.

No. 60344.

Missouri Court of Appeals,
Eastern District,
Division One.

May 5, 1992.

Medford Dwight Robbins, Fredericktown, for petitioner/appellant.

William B. Beedie, Farmington, for respondent/respondent.

ORDER

PER CURIAM.

This is an appeal from the motion court's order granting wife attorney's fees on appeal. The motion court's order is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).